UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17 CR 298 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| RUBIN SMITH, JR., | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on January 23, 2019 for an Initial Appearance regarding revocation of supervised release before Magistrate Judge Baughman who issued a Report and Recommendation, (Doc. No. 80), finding Defendant Smith in violation of the terms of his supervision. No objections were filed. On February 13, 2019, Defendant appeared for a final revocation of supervised release before this court. Defendant Rubin Smith, Jr. was present and represented by Assistant Federal Public Defender Edward Bryan. The United States was represented by Assistant United States Attorney Payum Doroodian. The Pretrial Services and Probation Office was represented by Keysha Myers. The court reporter was Lance Boardman. The court adopts the Report and Recommendation of the Magistrate Judge and finds Defendant in violation of his supervised release for reasons stated on the open record.

IT IS ORDERED that Defendant is sentenced to time served and his supervised release is continued with the same terms and conditions as previously imposed with the added condition

of home confinement for the next four months, with location monitoring at the discretion of the Probation Officer.  Defendant shall continue to pursue his GED, employment and attend his mental health appointments and any substance abuse related programs as directed.  If Defendant wishes any further release from home confinement, he must first obtain approval from his Probation Officer and this court.

       IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 14, 2019